178 So. 923

### Claud DICKINSON v. STATE.
#### 8 Div. 612.

Court of Appeals of Alabama.
Feb. 1, 1938.

BRICKEN, Presiding Judge.
Affirmed.

177 So. 919

### Floyd DICKINSON v. STATE.
#### 6 Div. 165.

Court of Appeals of Alabama.
Dec. 7, 1937.

SAMFORD, Judge.
Appeal dismissed.

189 So. 919

### Loyd DOBBINS v. STATE.
#### 6 Div. 383.

Court of Appeals of Alabama.
May 2, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

SAMFORD, Judge.
Appeal dismissed.

177 So. 919

### W. F. DOBBS (Dobbs Chevrolet Co.) v. H. G. FULLER et al.
#### 5 Div. 50.

Court of Appeals of Alabama.
Jan. 11, 1938.

Wilbanks & Wilbanks, of Dadeville, for appellant.

Albert Hooton, of Dadeville, for appellees.

BRICKEN, Presiding Judge.
Appeal dismissed on motion of appellant.

186 So. 917

### Comer DOWDY v. STATE.
#### 8 Div. 747.

Court of Appeals of Alabama.
Feb. 7, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

177 So. 919

### Holly DOZIER v. STATE.
#### 6 Div. 169.

Court of Appeals of Alabama.
Dec. 7, 1937.

SAMFORD, Judge.
Appeal dismissed.

189 So. 919

### Amie DUNCAN v. STATE.
#### 8 Div. 798.

Court of Appeals of Alabama.
May 23, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed.